IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLIFFORD PIPES, III**
**ADC #144242**                                                                  **PLAINTIFF**

v.                              No. 3:20-cv-388-DPM-JJV

**KEVIN MOLDER,**
**Sheriff, Poinsett County**                                                     **DEFENDANT**

## ORDER

The Court resent a copy of Magistrate Judge Volpe's recommendation to Pipe's updated address on 6 January 2021. Pipes has not objected; and the time to do so has passed. Unopposed recommendation, *Doc. 6*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Pipes's amended complaint, *Doc. 4*, will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 February 2021