IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLIFFORD PIPES, III
ADC #144242                                                                          PLAINTIFF

v.                              No. 3:20-cv-388-DPM-JJV

KEVIN MOLDER,
Sheriff, Poinsett County                                                          DEFENDANT

## JUDGMENT

Pipes's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 February 2021